# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| WALTER LAMKIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4: 10 CV 1139 CDP |
| | ) | |
| JOHNSON & JOHNSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file following remand by the Judicial Panel on Multi-District Litigation from consolidated pretrial proceedings before the United States District Court for the District of Minnesota.

**IT IS HEREBY ORDERED** that the parties shall, within twenty (20) days of the date of this Order, meet, prepare, and file a joint written response which shall set forth:

(a) An agreed-upon statement of the facts and procedural history of this case, including significant actions taken in consolidated pretrial proceedings before the United States District Court for the District of Minnesota;

(b) whether the parties have taken all necessary actions to cause the relevant portions of the record to be furnished to this Court;

(c) the issues remaining for determination;

(d) the potential for settlement, and the status, though not the content, of any offers of settlement;

(e) whether referral to court-sponsored alternative dispute resolution could advance the ultimate resolution of this case;

(f) whether the parties request a Rule 16 scheduling conference;

(g) the nature and extent of any remaining discovery needed before this case is ready to proceed to trial;

(h) when it is reasonably likely this case would be ready to proceed to trial and the estimated length of trial; and

(i) whether the parties anticipate the filing of dispositive or expert motions.

As the docket does not reflect that any attorney has entered an appearance for defendants,

**IT IS FURTHER ORDERED** that plaintiff's counsel shall serve a copy of this Memorandum and Order on defendants' counsel, and defense counsel are reminded of their obligation to timely enter an appearance in this case.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of July, 2015.